# Exhibit 2

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT**
**IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. **CACE25014422** DIVISION: **12** JUDGE: **Frink, Keathan B (12)**

**Ocean Bank**

Plaintiff(s) / Petitioner(s)

v.

**BENJI AUTO SALES CORP., et al**

Defendant(s) / Respondent(s)

_____________________________/

# FINAL DEFAULT JUDGMENT

**THIS CAUSE** came before the Court on January 23, 2026, upon Plaintiff's Motion for Default Final Judgment (the "Motion"). The Court considered the Motion and is otherwise duly advised in the premises. It is now

**ORDERED and ADJUDGED** as follows:

1. The Motion is GRANTED.

2. IT IS ADJUDGED that Plaintiff, OCEAN BANK, 780 NW 42nd Ave., Miami, FL 33126, shall have and recover from Defendant, BENJI AUTO SALES CORP., c/o Benji Urra, 14850 Millstone Ranches Dr., Davie, FL 33331, in the amount of $2,883,031.05, which shall bear interest from January 21, 2026, at the initial statutory rate of 8.44% per annum, and thereafter as provided by Section 55.03, Florida Statutes, FOR WHICH LET EXECUTION ISSUE.

3. Ocean Bank is entitled to an award of reasonable attorneys' fees and costs as the prevailing party on Count III of the Verified Complaint in an amount to be determined in a subsequent hearing.

4. It is further ORDERED and ADJUDGED that Defendant, BENJI AUTO SALES CORP., shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on Plaintiff's attorney within 45 days from the date of this Final Judgment, unless the Final Judgment is satisfied or post-judgment discovery is stayed. The

Court retains jurisdiction of this action to enter further orders that are proper to compel Defendant, BENJI AUTO SALES CORP., to complete Form 1.977, including all required attachments, and serve it on Plaintiff's attorney.

**DONE AND ORDERED** in Chambers at Broward County, Florida on 25th day of January, 2026.

CACE25014422 01-25-2026 3:23 PM

CACE25014422 01-25-2026 3:23 PM
Hon. Keathan Frink
**CIRCUIT COURT JUDGE**
Electronically Signed by Keathan Frink

**Copies Furnished To:**
Jared A. Ullman , E-mail : alexandra.wagener@uulaw.net
Jared A. Ullman , E-mail : EService@uulaw.net
Jared A. Ullman , E-mail : jared.ullman@uulaw.net
Jared L Gamberg , E-mail : jaredgamberg@gamberglaw.com
Jared L Gamberg , E-mail : vdelponte@gamberglaw.com
Michael W Ullman , E-mail : michael.ullman@uulaw.net
Peter A Tappert , E-mail : service@wdpalaw.com
Peter A Tappert , E-mail : ptappert@wdpalaw.com