UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division
www.flsb.uscourts.gov

In re:

Case No. 26-10985-PDR
Chapter 7

BENJI URRA and
ANGELA E. URRA,

Debtors.
_______________________________________/

**OCEAN BANK'S REQUEST FOR COPIES**

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, Creditor, OCEAN BANK, respectfully requests copies of the documents produced in response to the Trustee's Notice of Rule 2004 Examination directed to PVBE Holdings LLC [Dkt. No. 59], and copies of all other documents produced to the Trustee in this case by Debtors, BENJI URRA and ANGELA E. URRA.

Respectfully submitted,

WEISSMAN & DERVISHI, P.A.

By: /s/ Peter A. Tappert
Brian S. Dervishi
Peter A. Tappert
Fla. Bar Nos. 350303 and 27100
One SE Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070 (Telephone)
bdervishi@wdpalaw.com
ptappert@wdpalaw.com
service@wdpalaw.com

Attorneys for Ocean Bank

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 5, 2026, a true and correct copy of the foregoing was served by CM/ECF on the parties named below and all others registered to receive electronic service of court documents in this case.

/s/ Peter A. Tappert
Peter A. Tappert

Thomas L. Abrams, Esq.
1213 SE Third Ave., 2nd Floor
Ft. Lauderdale, FL 33316
tabrams@tabramslaw.com

Zachary Malnik, Esq.
The Salkin Law Firm, P.A.
PO Box 15580
Plantation, FL 33318
zachary@msbankrupt.com

Sonya Salkin Slott, Trustee
PO Box 15580
Plantation, FL 33318

U.S. Trustee
Office of the U.S. Trustee
51 SW 1st Ave., Suite 1204
Miami, FL 33130